32402, 32403.   McGregor *v*. The State (two cases).

MacIntyre, P. J.   There is no merit in any of the special grounds of the motion for a new trial.   The evidence supports the verdict, which has the approval of the trial judge.   No error of law was committed, and the motion for a new trial was properly overruled.

*Judgment affirmed. Gardner and Townsend, JJ., concur.*

Decided April 13, 1949.

*J. L. Davis*, for plaintiff in error.
*Warren Akin, Solicitor-General*, contra.